# UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS

## UNITED STATES

**v.**

### Airman First Class CASEY K. BIBBS
### United States Air Force

### ACM S32268

### 07 May 2015

Sentence adjudged 15 September 2014 by SPCM convened at Mountain Home Air Force Base, Idaho. Military Judge: Matthew P. Stoffel (sitting alone).

Approved Sentence: Bad-conduct discharge, confinement for 90 days, forfeiture of $1,000.00 pay per month for 4 months, and reduction to E-1.

Appellate Counsel for the Appellant: Lieutenant Colonel Patrick E. Neighbors.

Appellate Counsel for the United States: Colonel Katherine E. Oler.

Before

MITCHELL, WEBER, and CONTOVEROS
Appellate Military Judges

This opinion is issued as an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to the substantial rights of the appellant occurred. Article 66(c), UCMJ, 10 U.S.C. § 866(c); *United States v. Reed*, 54 M.J. 37, 41 (C.A.A.F. 2000). Accordingly, the approved findings and sentence are **AFFIRMED**.



FOR THE COURT

STEVEN LUCAS
Clerk of the Court